Clarence E. Bachellor and Thomas E. Robinson, Appellees, v. Albert Dockterman et al., Appellants.

Gen. No. 9,717.

Heard in this court at October term, 1941; original opinion filed January 14, 1942; modified opinion filed and rehearing denied June 8, 1942. Ben A. Stewart, for certain appellant; Morris D. Coppersmith, for certain other appellants; Ben A. Stewart, of counsel; Murphy & Murphy, for appellees. Opinion by JUSTICE DOVE. ''Not to be published in full.''